NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Kendall B. Smith
Dixon Correctional Instute DOC No. 35605
P.O. Box 788, Unit 2 Dorm 7
Jackson LA 70748

**REHEARING ACTION: December 10, 2014**

**Docket Number: 14   00964-CA consolidated with 947-CW**

**STATE OF LOUISIANA**
**VERSUS**
**KENDALL B. SMITH**

**Appealed from Lafayette Parish Case No. CR 120554**

**BEFORE JUDGES:**

   **Hon. Jimmie C. Peters**
   **Hon. James T. Genovese**
   **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kendall B. Smith** has this day been

   **DENIED.**

cc: Allan P. Haney, Counsel for the Appellee